UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY INSURANCE, A MUTUAL COMPANY, a Wisconsin corporation; and SENTRY CASUALTY COMPANY, a Wisconsin corporation,<br><br>                              Plaintiffs,<br><br>v.<br><br>NEW ALTERNATIVES, INC., a California non-profit corporation,<br><br>                              Defendant. | Case No.:  18CV2664-WQH(KSC)<br><br>**ORDER MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE TELEPHONIC AND DENYING JOINT MOTION FOR LEAVE FOR PLAINTIFF'S REPRESENTATIVE TO APPEAR TELEPHONICALLY AS MOOT [DOC. NO. 49]** |

A Mandatory Settlement Conference ("MSC") is scheduled in this matter for ***May 19, 2020***.  The Scheduling Order setting the MSC requires personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation.  The Court **MODIFIES** the MSC to be **telephonic** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

1.     Counsel and party representatives **with full settlement authority** for each party must be **immediately available by telephone** between the hours of ***2:30 p.m. and 5:00 p.m.*** on ***May 19, 2020***.  All participants shall be prepared to devote their full attention

/ /

1

to this proceeding as if they were attending in person, *e.g.*, attendees cannot be driving while speaking to the Court.

2. On **_May 19, 2020_** at **_2:30 p.m._** counsel and party representatives must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630 and press "*" when prompted for a security code. The Court will initially confer jointly with counsel and the parties. Immediately following the joint discussion, the Court will initiate separate, confidential calls with plaintiff and defendant, respectively. To this end, each party must provide the Court with a single phone number to use to initiate these calls. The telephone number provided for a party must be one the Court can use to reach both counsel and the party representative(s), who must be already conferenced on one line and ready to engage in settlement discussions. **_No later than May 15, 2020_**, counsel must e-mail the Court at efile_crawford@casd.uscourts.gov to provide a preferred phone number for the separate, confidential MSC discussions, and any other necessary call-in information for the Court (*i.e.,* conference line passcodes).

3. The parties are directed to limit confidential MSC statements to **_20 pages or less, including exhibits_**. Confidential MSC statements must be emailed to efile_crawford@casd.uscourts.gov by the deadline previously set in the Court's prior Order.[1]

4. The parties' Joint Motion for Leave for Plaintiff's Representative to Appear Telephonically at the MSC is moot and, therefore, is denied.

**IT IS SO ORDERED.**

Dated: April 29, 2020

Hon. Karen S. Crawford
United States Magistrate Judge

---

[1] The Court has not received an MSC statement from plaintiff and directs plaintiff to provide one forthwith.